**Exhibit A to the Complaint**

**Location:** Macedon, NY  **IP Address:** 24.93.25.190
**Total Works Infringed:** 27  **ISP:** Spectrum

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 158258B1A19235075D5BC7E77F3979BEFC8EABAC | Vixen | 10/18/2018 01:35:19 | 09/26/2018 | 10/16/2018 | PA0002127776 |
| 2 | 1C8DF431BA4F95863FE4DE7C7530C9327392C74E | Vixen | 01/09/2018 23:29:00 | 01/09/2018 | 01/15/2018 | PA0002070945 |
| 3 | 2D77D2EA1B7AC46CDE6BA255AAEE31107E027A08 | Tushy | 12/13/2017 06:13:02 | 12/12/2017 | 01/04/2018 | PA0002069349 |
| 4 | 2E72092B0B63BE9DDE5FCE742CB522B62857ABCA | Tushy | 03/23/2018 23:37:23 | 03/22/2018 | 04/17/2018 | PA0002116092 |
| 5 | 2F37046EC89B3AD7ED74C2940723618BFD1A4721 | Tushy | 09/12/2017 22:55:36 | 08/14/2017 | 08/17/2017 | PA0002048391 |
| 6 | 319A231EAE063FCB03583D70123E38BE8C41FB80 | Tushy | 10/11/2017 09:07:43 | 10/08/2017 | 10/19/2017 | PA0002058298 |
| 7 | 381BDB453192B9B75233C9EE50A69C3D78761F29 | Tushy | 11/27/2018 23:51:44 | 11/27/2018 | 12/31/2018 | 17271449763 |
| 8 | 4FD530AFCD695ED8E130447A426E45259006C41E | Tushy | 11/08/2017 06:21:07 | 10/28/2017 | 12/04/2017 | PA0002098014 |
| 9 | 50E15D2CBEC667D65E27914E8CD54CFC687BA554 | Vixen | 10/18/2018 01:30:47 | 10/11/2018 | 10/28/2018 | PA0002130457 |
| 10 | 61C5B2788912F13F21B410A1E98951191B126004 | Tushy | 09/12/2017 22:55:54 | 09/03/2017 | 09/15/2017 | PA0002052851 |
| 11 | 66882F76290D2AB7DD93C95E6BFA4DE73EB4E64F | Tushy | 09/12/2017 22:37:00 | 06/15/2017 | 07/07/2017 | PA0002070815 |
| 12 | 78C3053A1ACE30556F38C0632CEC17892538BEA2 | Tushy | 05/10/2017 05:35:56 | 05/06/2017 | 06/16/2017 | PA0002069288 |
| 13 | 78F5DACFBD414605C47BD190F5C421E65F70B396 | Tushy | 09/12/2017 22:48:27 | 07/10/2017 | 08/18/2017 | PA0002077678 |
| 14 | 81C4EA33DDB08AFD9E5C70B97959D9D8DE2133B3 | Tushy | 06/30/2017 23:17:05 | 06/25/2017 | 07/07/2017 | PA0002070817 |
| 15 | 8CA259425BD02187FC43DEFE7F68A2E4CB10EBFE | Tushy | 03/23/2018 23:38:51 | 03/07/2018 | 04/17/2018 | PA0002116089 |
| 16 | 8D1D115E3EE52C80BC43D827598742AF3939954E | Blacked | 03/23/2018 23:47:12 | 03/21/2018 | 04/12/2018 | PA0002091520 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 8FFED2A7F7AA77020D249E7A6311C6D5A7D97547 | Vixen | 10/18/2018 01:35:58 | 09/21/2018 | 11/01/2018 | PA0002143417 |
| 18 | A90A83B444B4CCE14D07FBDCB7364C00F265F746 | Blacked Raw | 02/01/2018 23:31:38 | 02/01/2018 | 02/20/2018 | PA0002104206 |
| 19 | AAAC65644F63B04323B3C8BC45E58DEA991BD26E | Tushy | 12/19/2017 23:29:50 | 09/23/2017 | 10/09/2017 | PA0002086134 |
| 20 | AF3EAC07C13B33319321FFF96D2C2F9392DBAD54 | Tushy | 06/30/2017 22:16:03 | 06/10/2017 | 07/07/2017 | PA0002074096 |
| 21 | AFA4C44023577E2A90E1CFA8DB69A6F5D035B1D2 | Blacked | 03/23/2018 23:48:19 | 09/07/2017 | 09/15/2017 | PA0002052840 |
| 22 | B316A7B2BA822FD11A7D2D2733FE8293C9BE17DC | Tushy | 09/12/2017 22:17:41 | 06/05/2017 | 07/07/2017 | PA0002074097 |
| 23 | CFD0C2D3763106A496D8DAA4651BD705F0607C03 | Vixen | 02/08/2018 23:22:58 | 02/08/2018 | 03/01/2018 | PA0002079183 |
| 24 | D26115D8966BF3A672651C119BBE178A9C1A7D82 | Tushy | 07/17/2018 00:05:37 | 07/15/2018 | 08/07/2018 | PA0002132406 |
| 25 | EB2486249DE6C26072552A5E7406D85E4BE43952 | Tushy | 06/30/2017 22:14:57 | 06/30/2017 | 07/07/2017 | PA0002070818 |
| 26 | EC033492E93572F9A38F165C56FC88DDD20FCFE0 | Tushy | 03/23/2018 23:52:10 | 03/02/2018 | 04/17/2018 | PA0002116728 |
| 27 | FCC6E64C53FFBAC958B981F6F6C66DECC1071B58 | Tushy | 04/16/2018 23:26:28 | 04/16/2018 | 06/18/2018 | PA0002126681 |